CASE NO. 04-15-00533-CR

October 12, 2015

Jesse Garza
V.
The State of
Texas

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 19 PM 2:32
KEITH E. HOETLE, CLERK

## MOTION FOR COUNSEL

To the honorable Justices of the Fourth Court of Appeals of Texas:

Comes now, Jesse Ibanez Garza, the Appellant in the above styled and numbered cause. And files this Motion for Counsel. In support of this motion, Appellant Respectfully shows the Following:

I. The Factual basis for this Motion:

The trial court appointed attorney Michael Young, As Chief Public Defender of Bexar County, Texas,

"1"

to Represent the Appellant. The case was assigned to Richard B. Dulany, Jr. As an Assistant Public Defender.

On September 24.2015, Attorney Richard B. Dulany was Fired by Chief Public Defender Michael Young And is not employed for the Bexar County Public Defender's office.

The deadline for filing Appellants brief is or has been over due. The Appellant had no idea of such events concerning Attorney Richard B. Dulany.

Appellant is an indegent person And is in need of Assistance for his brief.

**II.** Attorney Richard B. Dulany will Accept Appointant in this case:

Appellant would Respectfully accept Mr. Dulany, Richard As lead Attorney if the Courts would dismiss the Bexar County Public Defender's office As Counsel of Reord.

Appellant Feels that Mr. Dulan Richard has the Knowledge And Experince to defend Appellant with

"2"

this case.

## PRAYER

Therefore, Appellant prays that this court temporarily abate this appeal and Remand this case to the trial court for a hearing on this motion. Appellant also Respectfully ask this court to grant all such relief as is fair and just.

Respectfully Submitted,

Jesse Ibanez Garza
TDCJ # 2018630
Garza West Unit
4250 HWY 202
Beeville, Texas
78102

## CERTIFICATE OF SERVICE

Appellant hereby certify that a copy of the above motion was mailed to the Appellee Attorney: Nicholas A LaHood, Criminal District Attorney, Bexar County

District Attorney's office, 101 W.
Nueva ST. Suite 710. San Antonio, TEXAS
78205 on October 12, 2015.

Jesse Garza
Appellant

_____

October 12, 2015.

RE: Jesse Garza v. The State of Texas
Case No. 04-15-00533-CR

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 19 PM 2:32
KEITH E. HOTTLE, CLERK

Dear Mr. Hottle, Keith.

Enclosed is one "Motion for Counsel" would you Respectfully submit the motion for cause No. 04-15-00533-CR and file the motion for such Court.

It is very important to have this file AS soon As possible there is some type of conflict concerning this Case And time for filing such brief might be At Risk.

Thank You for Your time.

Respectfully Submitted

Jesse Garza
Appellant.

Jesse GARZA
TDCJ # 2018630
GARZA West Unit
4250 HWY 202
Beeville, TX,
78102

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 19 PM 2:32
KEITH E. HOTTLE, CLERK

S

" LEGAL MAIL "

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
16 OCT 2015 PM 7



Keith E. Hottle, Clerk,
Fourth Court of Appeals
Cadena Reeves Justice
Center
300 Dolorosa Suite 3200
San Antonio, Tx,
78205

7820530379S